**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7047**

---

ROBERT HOWARD SYPOLT,

                                        Plaintiff - Appellant,

        versus

PAUL KIRBY, Commissioner of Corrections;
HOWARD PAINTER, Warden, Mount Olive Correc-
tional Complex; JOHN & JANE DOE, unknown de-
fendants at this time,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Beckley.  Charles H. Haden II, Chief
District Judge.  (CA-99-552-5)

---

Submitted:  October 21, 1999          Decided:  October 27, 1999

---

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge

---

Affirmed by unpublished per curiam opinion.

---

Robert Howard Sypolt, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sypolt v. Kirby, No. CA-99-552-5 (S.D.W. Va. July 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED